ADOLFO CASOLA, Respondent, *v.* FRANCISCO VASQUEZ, Appellant, Impleaded with Another.

*A limited co-partnership agreement — rights of the partners controlled thereby.*

Where co-partners by agreement assume to form a limited co-partnership, fixing the liability of each as between themselves, they cannot thereafter be heard to say in an action between themselves that their rights were not controlled by such agreement.

APPEAL by the defendant, Francisco Vasquez, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 3d day of December, 1894, denying his motion to vacate an attachment heretofore granted in the action.

*Jones & Govin,* for the appellant.

*Louis Marshall,* for the respondent.

PER CURIAM:

The co-partners, by an agreement, having assumed to form a limited co-partnership, fixing the liability of each as between them-

selves, cannot now be heard to say in an action between themselves that their rights were not controlled by such agreement.

The order appealed from should be affirmed, with ten dollars costs and disbursements.

Present— VAN BRUNT, P. J., O'BRIEN and FOLLETT, JJ.

Order affirmed, with ten dollars costs and disbursements.